IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC V. RENDEL,

    Plaintiff,

v.

NATIONAL CITY BANK and DOES 1 - 250, inclusive,

    Defendants.

NO. CV10-638 TEH

## ORDER OF DISQUALIFICATION

I, the undersigned Judge of the Court, finding myself disqualified in the above entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

DATED: 2/22, 2010.

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE