IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC V. RENDEL,

    Plaintiff,

v.

NATIONAL CITY BANK
and DOES 1–250, inclusive,

    Defendants.
_____/

No. C 10-00638 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting defendant's motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: April 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE